B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Western District of North Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kennedy, Nathan Taylor** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2248** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6101 Riverview Pkwy.**<br>**Braselton, GA**<br><br>ZIP Code **30517** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hall** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kennedy, Nathan Taylor** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br>      Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

     ☐ Yes, and Exhibit C is attached and made a part of this petition.

     ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

     ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

     ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

     ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

     ☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

     ☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

     ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                 _____
                 (Name of landlord that obtained judgment)

                 _____
                 (Address of landlord)

     ☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

     ☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

     ☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kennedy, Nathan Taylor** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Nathan Taylor Kennedy**
Signature of Debtor  **Nathan Taylor Kennedy**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**September 25, 2008**
Date

### Signature of Attorney*

X **/s/ Terry M. Duncan NC #**
Signature of Attorney for Debtor(s)

**Terry M. Duncan NC # 22704**
Printed Name of Attorney for Debtor(s)

**Terry M. Duncan**
Firm Name
**1100 Independence Tower**
**4801 E. Independence Blvd.**
**Charlotte, NC 28212**

Address

**704-563-1224**
Telephone Number
**September 25, 2008**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Nathan Taylor Kennedy**                                                    ,    Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION

## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:

1.      **FDBA    Laurus Funding Group**
2.      **FDBA    Laurus Realty Group**
3.      **FDBA    The Laurus Companies**
4.      **FDBA    Laurus Insurance**
5.      **FDBA    Laurus Consulting, LLC**
6.      **FDBA    NTK I LLC**
7.      **FDBA    T. Salvatore & Co.**
8.      **FDBA    Coastal Venture Group**
9.      **FDBA    Pacific Capital Mortgage**
10.     **FDBA    Laurus Builders, LLC**
11.     **DBA     Kennedy Marketing Systems**
12.     **FDBA    Hawthorne Investment Group LLC**
13.     **FDBA    Coastal Security Services, Inc.**
14.     **FDBA    Tranquil Surf, Inc**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Nathan Taylor Kennedy**

Debtor(s)

Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■  1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Nathan Taylor Kennedy**
                        **Nathan Taylor Kennedy**
Date:    **September 25, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Western District of North Carolina

In re    **Nathan Taylor Kennedy** _____,    Case No. _____

Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,500,000.00 | | |
| B - Personal Property | Yes | 4 | 3,949.53 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,208,568.17 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 2,565.25 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 285,437.03 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 4,650.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,630.00 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| | | Total Assets | 1,503,949.53 | | |
| | | | Total Liabilities | 2,496,570.45 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Western District of North Carolina

In re    **Nathan Taylor Kennedy** _____,    Case No. _____
                                                        Debtor

                                                                      Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re   **Nathan Taylor Kennedy**_____,   Case No. _____

_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence and Land Located at:**<br>**2500 Cranbrook Lane, #8**<br>**Charlotte, NC 28207**<br>**WILL SURRENDER** | **Fee Simple** | - | **170,000.00** | **170,511.49** |
| **Home and Land Located at:**<br>**400 McDonald Ave**<br>**Charlotte, NC 28203**<br>**WILL SURRENDER** | **Fee Simple** | - | **750,000.00** | **813,024.13** |
| **Home and Land Located at:**<br>**221 Circle Ave**<br>**Charlotte, NC 28207**<br>**WILL SURRENDER-Home is only partially completed** | **Fee Simple** | - | **400,000.00** | **965,032.55** |
| **Home and Land Located at:**<br>**28 Tropicana Pkwy, Unit E**<br>**Cape Coral, FL**<br>**WILL SURRENDER** | **Fee Simple** | - | **180,000.00** | **260,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,500,000.00** | (Total of this page) |
| Total > | **1,500,000.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Nathan Taylor Kennedy**                                              ,   Case No. _____

                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on Hand** | - | 10.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **RBC Centura Business Account xxxxxx6991** | - | 914.44 |
| | | **Wachovia Checking Account 6611 - negative $58.25** | - | 0.00 |
| | | **Bank of America Checking 5533, negative $519.09** | - | 0.00 |
| | | **Bank of America Saving 5990** | - | 1.00 |
| | | **Wachovia Business Checking 7213 - Laurus Builders** | - | 115.00 |
| | | **ING Direct Savings 5901** | - | 57.09 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **2 couches, 2 stools, bedroom set, TV, desk, computer, washer/dryer, printer** | - | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **5 pairs of pants, 3 suits, 10 shirts, 2 coats, 5 pairs of shoes** | - | 500.00 |
| 7.  Furs and jewelry. | | **Movado watch** | - | 200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **football, basketball, set of golf clubs** | - | 300.00 |

Sub-Total >        **3,597.53**
(Total of this page)

  __3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Nathan Taylor Kennedy**                                    ,    Case No. _____

                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100 shares Kennedy Marketing Systems - no value** | - | 1.00 |
| | | **100 shares of Laurus Funding Group, Inc. - insolvent** | - | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **None of the businesses have accounts receivable** | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >          2.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Nathan Taylor Kennedy**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **computer, printer, fax** | - | 350.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

|  | Sub-Total > | 350.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Nathan Taylor Kennedy**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  (Total of this page) | **0.00** |
|---|---|---|
|  | Total > | **3,949.53** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Nathan Taylor Kennedy**                                              ,    Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Cash on Hand | N.C. Gen. Stat. § 1C-1601(a)(2) | 10.00 | 10.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| RBC Centura Business Account xxxxxx6991 | N.C. Gen. Stat. § 1C-1601(a)(2) | 914.44 | 914.44 |
| Wachovia Checking Account 6611 - negative $58.25 | N.C. Gen. Stat. § 1C-1601(a)(2) | 971.00 | 0.00 |
| Bank of America Checking 5533, negative $519.09 | N.C. Gen. Stat. § 1C-1601(a)(2) | 1.00 | 0.00 |
| Bank of America Saving 5990 | N.C. Gen. Stat. § 1C-1601(a)(2) | 1.00 | 1.00 |
| Wachovia Business Checking 7213 - Laurus Builders | N.C. Gen. Stat. § 1C-1601(a)(2) | 115.00 | 115.00 |
| ING Direct Savings 5901 | N.C. Gen. Stat. § 1C-1601(a)(2) | 57.09 | 57.09 |
| **Household Goods and Furnishings** | | | |
| 2 couches, 2 stools, bedroom set, TV, desk, computer, washer/dryer, printer | N.C. Gen. Stat. § 1C-1601(a)(4) | 1,500.00 | 1,500.00 |
| **Wearing Apparel** | | | |
| 5 pairs of pants, 3 suits, 10 shirts, 2 coats, 5 pairs of shoes | N.C. Gen. Stat. § 1C-1601(a)(4) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Movado watch | N.C. Gen. Stat. § 1C-1601(a)(2) | 200.00 | 200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| football, basketball, set of golf clubs | N.C. Gen. Stat. § 1C-1601(a)(2) | 300.00 | 300.00 |
| **Stock and Interests in Businesses** | | | |
| 100 shares Kennedy Marketing Systems - no value | N.C. Gen. Stat. § 1C-1601(a)(2) | 1.00 | 1.00 |
| 100 shares of Laurus Funding Group, Inc. - insolvent | N.C. Gen. Stat. § 1C-1601(a)(2) | 1.00 | 1.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| computer, printer, fax | N.C. Gen. Stat. § 1C-1601(a)(2) | 350.00 | 350.00 |
| | Total: | 4,921.53 | 3,949.53 |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Nathan Taylor Kennedy**                                              ,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **08CVS6518**<br><br>**Adsol Construction, Inc.**<br>**c/o Erwin and Eleazer, PA**<br>**831 E. Morehead Street**<br>**Ste 840**<br>**Charlotte, NC 28202** | | | - | | Judgment Lien<br><br>Home and Land Located at:<br>**400 McDonald Ave**<br>**Charlotte, NC 28203**<br>**WILL SURRENDER** | | | | | |
| | | | | | Value $              **750,000.00** | | | | **34,918.71** | **0.00** |
| Account No. **xxxxxxx2877**<br><br>**American Servicing Company**<br>**Attn: Bankruptcy**<br>**PO Box 10388**<br>**Des Moines, IA 50306-0388** | | | - | | First Mortgage<br><br>Residence and Land Located at:<br>**2500 Cranbrook Lane, #8**<br>**Charlotte, NC 28207**<br>**WILL SURRENDER** | | | | | |
| | | | | | Value $              **170,000.00** | | | | **133,000.00** | **0.00** |
| Account No. **xxxxxx0115**<br><br>**BB&T**<br>**Attn: Bankruptcy**<br>**PO Box 580302**<br>**Charlotte, NC 28258** | | | - | | First Mortgage<br><br>Home and Land Located at:<br>**221 Circle Ave**<br>**Charlotte, NC 28207**<br>**WILL SURRENDER-Home is only**<br>**partially completed** | | | | | |
| | | | | | Value $              **400,000.00** | | | | **956,105.85** | **0.00** |
| Account No. **xxxxxx0858**<br><br>**Citibank**<br>**Att; Bankruptcy**<br>**Po Box 6000**<br>**The Lakes, NV 89663** | | | - | | Home Equity LOC<br><br>Residence and Land Located at:<br>**2500 Cranbrook Lane, #8**<br>**Charlotte, NC 28207**<br>**WILL SURRENDER** | | | | | |
| | | | | | Value $              **170,000.00** | | | | **34,646.03** | **0.00** |
| __2__   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **1,158,670.59** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Nathan Taylor Kennedy_____,    Case No. _____
                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0815** | | | 2008 Tax Lien | | | | | |
| City County Tax Collector Attn: Bankruptcy PO Box 31637 Charlotte, NC 28231 | - | | Home and Land Located at: 221 Circle Ave Charlotte, NC 28207 WILL SURRENDER-Home is only partially completed | | | | | |
| | | | Value $            400,000.00 | | | | 5,423.04 | 0.00 |
| Account No. **1844** | | | 2008 Tax Lien | | | | | |
| City County Tax Collector Attn: Bankruptcy PO Box 31637 Charlotte, NC 28231 | - | | Residence and Land Located at: 2500 Cranbrook Lane, #8 Charlotte, NC 28207 WILL SURRENDER | | | | | |
| | | | Value $            170,000.00 | | | | 2,125.46 | 0.00 |
| Account No. **2432** | | | 2008 Tax Lien | | | | | |
| City County Tax Collector Attn: Bankruptcy PO Box 31637 Charlotte, NC 28231 | - | | Home and Land Located at: 400 McDonald Ave Charlotte, NC 28203 WILL SURRENDER | | | | | |
| | | | Value $            750,000.00 | | | | 6,105.42 | 0.00 |
| Account No. **xxxxxx8124** | | | First Mortgage | | | | | |
| National City Attn: Bankruptcy PO Box 1821 Dayton, OH 45482 | - | | Home and Land Located at: 400 McDonald Ave Charlotte, NC 28203 WILL SURRENDER | | | | | |
| | | | Value $            750,000.00 | | | | 772,000.00 | 28,105.42 |
| Account No. **08CVD1987** | | | Judgment Lien | | | | | |
| The Building Center c/o Thomas Rallings, Jr & James Fretwell Ralling & Associates, PLLC 3121 Springbank Lane, Suite C Charlotte, NC 28226 | - | | Home and Land Located at: 221 Circle Ave Charlotte, NC 28207 WILL SURRENDER-Home is only partially completed | | | | | |
| | | | Value $            400,000.00 | | | | 3,503.66 | 3,503.66 |

Sheet __1____ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        789,157.58        31,609.08

B6D (Official Form 6D) (12/07) - Cont.

In re  **Nathan Taylor Kennedy**                                                    ,    Case No. _____
                                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Kennedy, Nathan** | | | **Homeowners Association Dues** | | | | | |
| **The Villages of Eastover/Meca** **Attn: Bankruptcy** **1815 S. Tryon Street, STE D** **Charlotte, NC 28203** | - | | **Residence and Land Located at:** **2500 Cranbrook Lane, #8** **Charlotte, NC 28207** **WILL SURRENDER** | | | | | |
| | | | Value $                170,000.00 | | | | 740.00 | 511.49 |
| Account No. **xxxxxx3033** | | | **First Mortgage** | | | | | |
| **Wells Fargo** **Attn: Bankruptcy** **PO Box 11701** **Newark, NJ 07101** | - | | **Home and Land Located at:** **28 Tropicana Pkwy, Unit E** **Cape Coral, FL** **WILL SURRENDER** | | | | | |
| | | | Value $                180,000.00 | | | | 260,000.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 260,740.00 | 511.49 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,208,568.17 | 32,120.57 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Nathan Taylor Kennedy**                                              Case No. _____
                                                        ,
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Nathan Taylor Kennedy** _____,    Case No. _____
                                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2248**<br><br>**Mecklenburg County Tax Collector**<br>**Attn: Bankruptcy**<br>**PO Box 31637**<br>**Charlotte, NC 28231** | - | | **2007 Property Taxes** | | | | 1,228.00 | 0.00 | 1,228.00 |
| Account No. **xxxxxx2248**<br><br>**Mecklenburg County Tax Collector**<br>**Attn: Bankruptcy**<br>**PO Box 31637**<br>**Charlotte, NC 28231** | - | | **2007 Vehicle Property Taxes** | | | | 524.78 | 0.00 | 524.78 |
| Account No. **xxxxx2248**<br><br>**State of Hawaii**<br>**State Tax Collector**<br>**PO Box 259**<br>**Honolulu, HI 96809** | - | | **2006 State Employment Taxes** | | | | 812.47 | 0.00 | 812.47 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00<br>2,565.25 | 2,565.25 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 0.00<br>2,565.25 | 2,565.25 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Nathan Taylor Kennedy**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Kennedy, Nathan**<br><br>**Adsol Construction**<br>**c/o Erwin & Eleazer**<br>**831 E. Morehead Street**<br>**Ste 840**<br>**Charlotte, NC 28202** | | - | | | Judgment | | | | 34,918.71 |
| Account No. **Kennedy, Nathan**<br><br>**All Pro Plumbing**<br>**Attn: Bankruptcy**<br>**13000 F South Tryon St, Box 156**<br>**Charlotte, NC 28278** | | - | | | Service Provided for Business | | | | 5,900.00 |
| Account No. **mult. accts: 1000, 1003**<br><br>**American Express**<br>**Attn: Bankruptcy**<br>**Po Box 650448**<br>**Dallas, TX 75265** | | - | | | Credit Card | | | | 12,515.13 |
| Account No. **2001**<br><br>**American Express**<br>**PO Box 981532**<br>**El Paso, TX 79998** | | - | | | credit card | | | | 497.00 |

| | | | |
|---|---|---|---|
| __13__  continuation sheets attached | | Subtotal<br>(Total of this page) | 53,830.84 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:20937-080807    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Nathan Taylor Kennedy_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1691/Laurus Builders** | | | | **Service Provided for Business** | | | | |
| **American Garage Door** **Attn: Bankruptcy** **11028 Bailey Road, Suite A** **Cornelius, NC 28031** | | - | | | | | | **5,114.68** |
| Account No. **xxxxxxxxxxx3700** | | | | **Utility** | | | | |
| **ANEC** **Attn: Bankruptcy** **PO Box 290** **Tasley, VA 23441** | | - | | | | | | **93.50** |
| Account No. **xxxxxx4176** | | | | **Expired Phone Utility** | | | | |
| **ART** **Attn: Bankruptcy** **1150 Calle Cordillera** **Ste B** **San Clemente, CA 92673** | | - | | | | | | **52.72** |
| Account No. **3644** | | | | **Credit card** | | | | |
| **Bank of America** **Attn: Bankruptcy** **Po Box 15710** **Wilmington, DE 19886** | | - | | | | | | **7,595.42** |
| Account No. **2210** | | | | **credit card** | | | | |
| **Bank of America** **PO Box 15726** **Wilmington, DE 19886-5726** | | - | | | | | | **8,876.79** |

Sheet no. __1___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,733.11**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nathan Taylor Kennedy**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **0553** <br><br> **Bank of America** <br> **PO Box 15710** <br> **Wilmington, DE 19886-5710** | | - | | credit card | | | | 4,490.29 |
| Account No. **5533** <br><br> **Bank of America** <br> **PO Box 25118** <br> **Tampa, FL 33622-5118** | | - | | negative balance | | | | 507.19 |
| Account No. **xxxxx4592** <br><br> **Brinks Home Security** <br> **Attn: Bankruptcy** <br> **PO Box 70834** <br> **Charlotte, NC 28272** | | - | | Home Security System Debt | | | | 104.97 |
| Account No. **xxxxxxxxxxx0388** <br><br> **Carolina Computer Partners** <br> **Attn: Bankruptcy** <br> **8929 JM Keynes Dr** <br> **Ste 10** <br> **Charlotte, NC 28262** | | - | | Service Provided | | | | 766.54 |
| Account No. **Kennedy, Nathan** <br><br> **Christopher DeBlauw** <br> **Attn: Bankruptcy** <br> **1055 Dorsey Rd** <br> **Glen Burnie, MD 21061** | | - | | Personal Loan | | | | 4,000.00 |

Sheet no. __**2**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,000.00

| | 9,868.99 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Nathan Taylor Kennedy**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5576**<br><br>**Citi Business**<br>**Att; Bankruptcy**<br>**PO Box 183062**<br>**Columbus, OH 43218** | - | | **Credit Card** | | | | **5,813.89** |
| Account No. **2222,2216,1308,2386**<br><br>**City of Charlotte**<br>**Attn: Bankruptcy**<br>**PO Box 33831**<br>**Charlotte, NC 28233** | - | | **Utilities** | | | | **220.40** |
| Account No. **Laurus Builders**<br><br>**Clean X Corp.**<br>**PO Box 1110**<br>**Cornelius, NC 28031** | - | | **business debt** | | | | **3,200.00** |
| Account No. **xxxx9541**<br><br>**Community Mtg. Network of FL**<br>**Attn: Bankruptcy**<br>**400 SE 6th Street**<br>**Fort Lauderdale, FL 33301** | - | | **Judgment** | | | | **5,000.00** |
| Account No. **Kennedy, Nathan**<br><br>**Compudoctor**<br>**Attn: Bankruptcy**<br>**3809 Independence Blvd**<br>**Charlotte, NC 28205** | - | | **Computer Maint.** | | | | **1,175.50** |

Sheet no. __**3**___ of __**13**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **15,409.79**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nathan Taylor Kennedy**_____,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4786**<br><br>**Countrywide Home Loans**<br>**Attn: Bankruptcy**<br>**PO Box 660625**<br>**Dallas, TX 75266** | - | | **Home and Land Located at:**<br>**11 N. Park Row, Unit D**<br>**Cape Charles, VA**<br>**Foreclosed property - deficiency amount unknown** | | | | **Unknown** |
| Account No. **xxxxx4810**<br><br>**Countrywide Home Loans**<br>**Attn: Bankruptcy**<br>**PO Box 660625**<br>**Dallas, TX 75266** | - | | **Home and Land Located at:**<br>**11 N. Park Row, Unit D**<br>**Cape Charles, VA**<br>**Foreclosed** | | | | **56,598.65** |
| Account No. **xxxxxxxxx**<br><br>**Craig Proctor Productions**<br>**Attn: Bankruptcy**<br>**11 Stellar Drive**<br>**Newmarket, Ontario, Canada L3Y-7B8** | - | | **Expired Lease** | | | | **7,976.00** |
| Account No. **xxxxx1096**<br><br>**DHL Express**<br>**Attn: Bankruptcy**<br>**14097 Collection Center Dr**<br>**Chicago, IL 60693** | - | | **Shipping for Business** | | | | **203.17** |
| Account No. **4724,7264,1195,1181,8747,8712**<br><br>**Duke Energy**<br>**Attn: Bankruptcy**<br>**PO Box 70515**<br>**Charlotte, NC 28272** | - | | **Utilities** | | | | **456.01** |

| | | |
|---|---|---|
| Sheet no. __**4**___ of __**13**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **65,233.83** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nathan Taylor Kennedy**                                           ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Laurus Funding Group** | | | | | technology services | | | | |
| FannieMae Attn: Lockbox 403207 6000 Feldwood Road Atlanta, GA 30349 | - | | | | | | | | 220.00 |
| Account No. **xxxxx7240/0354** | | | | | Shipping for Business | | | | |
| FedEx Attn: Bankruptcy PO Box 371461 Pittsburgh, PA 15250 | - | | | | | | | | 88.47 |
| Account No. **xxxxx0694** | | | | | Service Provided | | | | |
| First American Flood Data Attn: Bankruptcy 11902 Burnet Rd Ste 400 Austin, TX 78758 | - | | | | | | | | 27.00 |
| Account No. **Kennedy, Nathan** | | | | | Services Provided | | | | |
| Fitzpatrick Engineering Attn: Bankruptcy 19520 W. Catwaba Ave Suite 311 Cornelius, NC 28031 | - | | | | | | | | 1,000.00 |
| Account No. **8025** | | | | | insurance | | | | |
| Geico One Geico Plaza Bethesda, MD 20810-0001 | - | | | | | | | | 813.33 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  2,148.80

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nathan Taylor Kennedy**                                                      ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx99HX**<br><br>**Genworth Financial**<br>**Attn: Bankruptcy**<br>**PO box 277231**<br>**Atlanta, GA 30384** | - | | Service Provided | | | | 105.00 |
| Account No. **xxxxx8160**<br><br>**Hanover Ins. Group**<br>**Attn: Bankruptcy**<br>**PO Box 4031**<br>**Woburn, MA 01888** | - | | Business Insurance | | | | 112.00 |
| Account No. **xxxxxxxxxxxx4359/4458**<br><br>**Hawaiian Telecom**<br>**Attn: Bankruptcy**<br>**PO Box 30770**<br>**Honolulu, HI 96820** | - | | phone | | | | 4,179.41 |
| Account No. **xxxxxxxxx0995**<br><br>**Household Bank**<br>**Attn: Bankruptcy**<br>**PO Box 5222**<br>**Carol Stream, IL 60197** | - | | Credit Card | | | | 473.57 |
| Account No. **xxxxxxxxx**<br><br>**IKON Financial Services**<br>**Attn: Bankruptcy**<br>**PO Box 740540**<br>**Atlanta, GA 30374** | - | | Rejected Lease | | | | 1,286.30 |

Sheet no. _**6**_ of _**13**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,156.28

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nathan Taylor Kennedy**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Kennedy, Nathan**<br><br>**Kathy Rose**<br>**Attn: Bankruptcy**<br>**19007 Callaway Hills**<br>**Davidson, NC 28036** | | - | | **Design Work** | | | | **1,235.70** |
| Account No. **xxxxxxxxxxxxx1098**<br><br>**Landsafe**<br>**Attn: Bankruptcy**<br>**PO Box 650530**<br>**Dallas, TX 75265** | | - | | **Credit Pulls** | | | | **18.00** |
| Account No. **xx6002**<br><br>**Maya Appraisal Srvc.**<br>**Attn: Bankruptcy**<br>**PO Box 1292**<br>**Holly Springs, NC 27540** | | - | | **Appraisal Fee** | | | | **350.00** |
| Account No. **Kennedy, Nathan**<br><br>**Mecklenburg County Land Us &**<br>**Enviro. Svc**<br>**Attn: Bankruptcy**<br>**PO Box 31637**<br>**Charlotte, NC 28231** | | - | | **Permit Fees** | | | | **986.00** |
| Account No. **0262**<br><br>**Meyer Residential Appraisals, Inc.**<br>**EC Meyer**<br>**PO Box 1292**<br>**Holly Springs, NC 27540** | | - | | **appraisal work** | | | | **350.00** |

| | | |
|---|---|---|
| Sheet no. __7__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **2,939.70** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nathan Taylor Kennedy**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9135**<br><br>**Montgomery Ins.**<br>**Attn: Bankruptcy**<br>**PO Box 2056**<br>**Keene, NH 03431** | - | | Insurance | | | | 100.50 |
| Account No. **xxxx3026**<br><br>**National City Mortgage**<br>**Attn: Bankruptcy**<br>**PO Box 533540**<br>**Atlanta, GA 30353** | - | | Home and Land Located at:<br>22365 Plum Tree Rd<br>Cape Charles, VA<br>Foreclosed home - deficiency amount unknown | | | | Unknown |
| Account No. **Kennedy, Nathan**<br><br>**North Shore Market Place**<br>**Attn: Bankruptcy**<br>**PO Box 3467**<br>**Honolulu, HI 96801** | - | | Expired Lease | | | | 2,890.04 |
| Account No. **Kennedy, Nathan**<br><br>**Osborne Brothers**<br>**Attn: Bankruptcy**<br>**PO Box 2103**<br>**Huntersville, NC 28070** | - | | Service Provided for Business | | | | 4,500.00 |
| Account No. **xx8221**<br><br>**Paetec**<br>**Attn: Bankruptcy**<br>**600 Willow Brook Office**<br>**Fairport, NY 14450** | - | | Expired Phone/Internet | | | | 5,531.78 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,022.32

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nathan Taylor Kennedy**                                           , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Kennedy, Nathan** <br><br>**Park Place Condo Assoc.** <br>**Attn: Sid Markwith** <br>**11739 Ridgeway Park Dr.** <br>**Charlotte, NC 28277** | - | | | **Home and Land Located at:** <br>**11 N. Park Row, Unit D** <br>**Cape Charles, VA** <br>**Foreclosed** | | | | 600.00 |
| Account No. **xxx2171** <br><br>**PAT Live** <br>**Attn: Bankruptcy** <br>**2639 N. Monroe Street** <br>**Cedars Blvdg B, Suite 200** <br>**Tallahassee, FL 32303** | - | | | **Expired Phone Utility** | | | | 146.69 |
| Account No. **xxxxxx1783** <br><br>**Peerless Ins. Company** <br>**Attn: Bankruptcy** <br>**62 Maple Ave** <br>**Keene, NH 03431** | - | | | **Insurance Bill** | | | | 100.50 |
| Account No. **xxxxxxxx2003** <br><br>**Piedmont Natural Gas** <br>**Attn: Bankruptcy** <br>**PO Box 533500** <br>**Atlanta, GA 30353** | - | | | **Utility** | | | | 34.88 |
| Account No. **Nathan Kennedy** <br><br>**Professional Fitness** <br>**Attn: Bankruptcy** <br>**7413 Six Forks Rd** <br>**Suite 363** <br>**Raleigh, NC 27615** | - | | | **Expired Lease** | | | | 4,000.00 |

Sheet no. __**9**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,882.07

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Nathan Taylor Kennedy**                                                    , Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1866**<br><br>**Progressive Lighting/Lee Lighting**<br>**PO Box 999**<br>**Braselton, GA 30517-0017** | | - | | | business expense - debtor is personal guarantor | | | | 9,160.26 |
| Account No. **Kennedy, Nathan**<br><br>**Rallings & Assoc./The Building Place**<br>**Attn: Bankruptcy**<br>**3121 Spring Bank Lane**<br>**STE C**<br>**Charlotte, NC 28226** | | - | | | Civil Judgment | | | | 0.00 |
| Account No. **Kennedy, Nathan**<br><br>**Rice Appraisal Group**<br>**Attn: Bankruptcy**<br>**1848 Briarcrest Dr**<br>**Charlotte, NC 28269** | | - | | | Appraisal Fee | | | | 226.00 |
| Account No. **CHAR2277**<br><br>**Roofing Supply of Charlotte**<br>**1600 Westinghouse Blvd.**<br>**Charlotte, NC 28273** | | - | | | business expesne | | | | 4,219.49 |
| Account No. **Kennedy, Nathan**<br><br>**Steve Rizzolo Lawn & Home Srvc**<br>**Attn: Bankruptcy**<br>**513 NW 27th Terr.**<br>**Cape Coral, FL 33993** | | - | | | Service Provided | | | | 231.06 |

Sheet no. __**10**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,836.81

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nathan Taylor Kennedy**                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kennedy, Nathan** <br><br> **Stock Building Supply** <br> **Attn: Bankruptcy** <br> **8800 Monroe Rd** <br> **Charlotte, NC 28212** | - | | **Personal Guarantor on Windows** | | | | 4,574.26 |
| Account No. **221 Circle Avenue; Charlotte** <br><br> **Stock Building Supply** <br> **8020 Arco Corporate Drive** <br> **Raleigh, NC 27617** | - | | **windows for property - no lien** | | | | 4,574.26 |
| Account No. **xxxxxxxxxxxxxxxxx0284** <br><br> **Suntrust Bank** <br> **Attn: Bankruptcy** <br> **Po Box 26202** <br> **Richmond, VA 23260** | - | | **Line of Credit** | | | | 24,809.90 |
| Account No. **Kennedy, Nathan** <br><br> **Tax DePot, LLC** <br> **Attn: Bankruptcy** <br> **2960-B Penwick Lane** <br> **Dunkirk, MD 20754** | - | | **Service Provided** | | | | 7,105.00 |
| Account No. **Laurus Funding** <br><br> **The Remodeling Guy, Inc.** <br> **6304 Robinson Church Road** <br> **Charlotte, NC 28215** | - | | **Work performed at** <br> **221 Circle Ave** <br> **Charlotte, NC 28207** | | | | 8,685.00 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **49,748.42**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nathan Taylor Kennedy**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kennedy, Nathan**<br><br>**The Rhinoceros Times**<br>**Attn: Bankruptcy**<br>**PO Box 1243**<br>**Charlotte, NC 28201** | | - | **Advertising for Business** | | | | 1,050.00 |
| Account No. **12821 Thistlebrook**<br><br>**Thor and Heather Colbert**<br>**12821 Thistlebrook Lane**<br>**Huntersville, NC 28078** | | - | **Lien on their home from lighting co.** | | | | 4,901.02 |
| Account No. **9136**<br><br>**Time Payment Corp**<br>**Attn: Bankruptcy**<br>**PO Box 3069**<br>**Woburn, MA 01888** | | - | **Rejected Contract** | | | | 9,210.75 |
| Account No. **5120**<br><br>**Town of Cape Charles**<br>**Attn: Utility Building**<br>**2 Plum Street**<br>**Cape Charles, VA 23310** | | - | **Utility** | | | | 483.30 |
| Account No. **0016/2243 Winthrop**<br><br>**Turn Key Drywall**<br>**Attn: Bankruptcy**<br>**4609 Old Mill Rd.**<br>**Gastonia, NC 28056** | | - | **Service Provided for Business** | | | | 10,981.00 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **26,626.07**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Nathan Taylor Kennedy_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxxxxxxxx9001**<br><br>**Wells Fargo**<br>**Attn: Bankruptcy**<br>**PO Box 60510**<br>**Los Angeles, CA 90060** | | | - | | **2003 BMW 745 Li**<br>**VIN# WBAGN63403DR09089**<br>**92,000 miles**<br>**WILL SURRENDER** | | | | **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __**13**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Total
(Report on Summary of Schedules)    **285,437.03**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Nathan Taylor Kennedy**                                              ,   Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Craig Proctor Productions**<br>**Attn: Bankruptcy**<br>**11 Stellar Drive**<br>**Newmarket, Ontario, Canada L3Y-7B8** | **Coaching contract @ $997 per month, contract expires 12/2009, currently 7 months behind** |
| **IKON Financial Services**<br>**Attn: Bankruptcy**<br>**PO Box 740540**<br>**Atlanta, GA 30374** | **Fax Machine lease @ $67.70 per month, lease expires 1/2010, currently 2 months behind** |
| **Professional Fitness**<br>**Attn: Bankruptcy**<br>**7413 Six Forks Rd**<br>**Suite 363**<br>**Raleigh, NC 27615** | **Fitness Trainer @ $400 per month, contract expires 9/2008, currently 4 months behind** |
| **Time Payment Group**<br>**Attn: Bankruptcy**<br>**PO Box 3069**<br>**Woburn, MA 01888** | **Computers lease @ $614.05 per month, lease expires 8/2009, currently 2 months behind** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Nathan Taylor Kennedy**
_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   __Nathan Taylor Kennedy__                          Case No. _____
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **consultant** | |
| Name of Employer | **Kennedy Marketing** | |
| How long employed | **9 months** | |
| Address of Employer | **724 Pierson Dr. Charlotte, NC 28205** | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ **0.00** | $ **N/A** |
| 2. Estimate monthly overtime | **0.00** | **N/A** |
| 3. SUBTOTAL | $ **0.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ **350.00** | $ **N/A** |
| b.  Insurance | $ **0.00** | $ **N/A** |
| c.  Union dues | $ **0.00** | $ **N/A** |
| d.  Other (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **350.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **-350.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **5,000.00** | $ **N/A** |
| 8. Income from real property | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **5,000.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **4,650.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **4,650.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Nathan Taylor Kennedy**                                    Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___  No  **X** | | |
| b. Is property insurance included? | Yes ___  No  **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | | $ | 0.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 150.00 |
| d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 400.00 |
| 5. Clothing | | $ | 50.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 30.00 |
| 8. Transportation (not including car payments) | | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 100.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 0.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other _____ | | $ | 0.00 |
| c. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 3,500.00 |
| 17. Other _____ | | $ | 0.00 |
| Other _____ | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,630.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. | Average monthly income from Line 15 of Schedule I | $ | 4,650.00 |
| b. | Average monthly expenses from Line 18 above | $ | 4,630.00 |
| c. | Monthly net income (a. minus b.) | $ | 20.00 |

In re    **Nathan Taylor Kennedy**                                          Case No.

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Attachment A

**Kennedy Marketing Systems, Inc.**

| | |
|---|---|
| **Marketing** | **$1300** |
| **Office Supplies** | **$ 600** |
| **Postage and Printing** | **$ 300** |
| **Travel & Entertainment** | **$ 600** |
| **Telephone** | **$ 300** |
| **Insurance** | **$ 200** |
| **Professional Fees** | **$ 200** |
| **Total** | **$3500** |

**Debtor will live with friend until able to afford his own place.**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Nathan Taylor Kennedy** _____    Case No. _____
                                          Debtor(s)              Chapter    **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
____**32**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **September 25, 2008**_____        Signature    **/s/ Nathan Taylor Kennedy**_____
                                                                **Nathan Taylor Kennedy**
                                                                Debtor

    _Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Western District of North Carolina

In re    __Nathan Taylor Kennedy_____    Case No. _____

Debtor(s)    Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **YTD 2008:  Income from Rental Property** |
| $80,178.55 | **YTD 2008: Kennedy Marketing Systems (profit of $1,444.84)** |
| $1,000.00 | **YTD 2008: Benchmark Mortgage** |
| $424,293.92 | **YTD 2008 : Laurus Builders (loss of $15815.13)** |
| $83,240.01 | **YTD 2008: Laurus Funding Group (proift of $10,375.56)** |
| $79,943.00 | **FY 2007: Laurus Realty Group** |
| $37,639.00 | **FY 2007: Income from Rental Property (loss of $14,913)** |
| $0.00 | **FY 2007: Laurus Builders, LLC (loss of $4,350)** |
| $595,224.00 | **FY 2007: Laurus Funding Group, LLC (loss of $65,279)** |

| AMOUNT | SOURCE |
|---|---|
| $25,500.00 | **FY 2006: DBA Nathan Kennedy (Broker)** |
| $80,000.00 | **FY 2006: Income from Rental Property** |
| $0.00 | **FY 2006: Laurus Builders, LLC** |
| $544,090.00 | **FY 2006: Laurus Funding Group, Inc (loss of $12,473)** |
| $0.00 | **FY 2006: Laurus Realty Group** |
| $16,290.00 | **FY 2006: T. Salvatore & Co.** |
| $0.00 | **FY 2006: Laurus Insurance Company** |
| $0.00 | **FY 2006: The Laurus Companies, LLC** |
| $0.00 | **FY 2006: Laurus Consulting, LLC** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Community Mortgage vs. Nathan Kennedy 08009541** | **Indebtedness** | **County Court, Broward County, FL** | **Judgment, $5000.00** |
| **The Building Center, Inc vs. Relicon Companies Inc, and Nathan Kennedy 08CVD1987** | **Indebtedness** | **District Court, Mecklenburg County** | **Judgment, $3,503.66** |
| **Adsol Construction, Inc vs. Nathan T Kennedy 08CVS6518** | **Indebtedness** | **Superior Court, Mecklenburg County** | **Judgment, $34,918.71** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☐
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **National City Mortgage 3232 Newark Dr Miamisburg, OH 45342** | **5/2008** | **Home and land located at: 22365 Plum Tree Rd. Cape Charles, VA** |
| **Wells Fargo PO Box 60510 Los Angeles, CA 90060** | **9/11/08** | **2003 BMW 745, LI, $25,000** |
| **Countrywide Home Loans Attn: Bankruptcy PO Box 660625 Dallas, TX 75266** | **2008** | **Home and land located at: 11 N. Park Row, Unit D Caper Charles, VA** |

**6.  Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None **b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■ preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■ and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■ **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
☐ concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Terry M. Duncan** **1100 Independence Tower** **4801 E. Independence Blvd.** **Charlotte, NC 28212** | **July & Aug** | **$1,995.00** |

**10. Other transfers**

None **a.** List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
■ transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None **b.** List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■ trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America<br>Attn: Bankruptcy<br>Po Box 650260<br>Dallas, TX 75265-0260** | **Business Account,7970** | **2/2008<br>$419.00** |
| **Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118** | **Business Checking 3006, negative $106** | **negative $106, 9/10/08** |
| **BB&T<br>Attn: Bankruptcy<br>PO Box 996<br>223 West Nash St.<br>Wilson, NC 27894** | **Money Market 7324, $184.04** | **$184.04, June 2008** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Bank of America<br>Attn: Bankruptcy<br>Po Box 650260<br>Dallas, TX 75265-0260** | **5/29/08** | **$4003.13** |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

6

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **221 Circle Ave**<br>**Charlotte, NC 28207** | **Nathan Kennedy** | **8/05-1/07** |
| **1420 Cyon Street**<br>**Charlotte, NC 28205** | **Nathan Kennedy** | **1/07-1/08** |
| **2500 Cranbrook Ln. #8, Charlotte, NC 29207** | **Nathan Kennedy** | **1/2008 to 9/2008** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Laurus Funding Group** | 20-2891924 | **724 Pierson Dr Charlotte, NC 28205** | **Mortgage company** | **5/05-Present** |
| **Laurus Realty Group LLC** | 20-5752922 | **724 Pierson Dr Charlotte, NC 28205** | **Real Estate** | **10/06-12/07** |
| **The Laurus Companies** | 20-5754705 | **724 Pierson Dr Charlotte, NC 28205** | **Parent company** | **10/06-12/07 - Never conducted business** |
| **Laurus Insurance** | 20-5753174 | **724 Pierson Dr Charlotte, NC 28205** | **Insurance Sales** | **1/06-12/07 Never conducted business** |
| **Laurus Consulting, LLC** | 20-575-3174 | **724 Pierson Dr Charlotte, NC 28205** | **Consulting** | **1/06-12/07 Never conducted business** |
| **NTK I LLC** | xxxxx2248 | **724 Pierson Dr Charlotte, NC 28205** | **Real estate** | **11/04-12/07** |
| **T. Salvatore & Co.** | xxxxxx2248 | **724 Pierson Dr Charlotte, NC 28205** | **Real estate** | **10/2005-12/06** |
| **Coastal Venture Group** | xxxxx2248 | **724 Pierson Dr Charlotte, NC 28205** | **Real estate** | **10/2005-12/2006** |
| **Pacific Capital Mortgage** | xxxxx2248 | **724 Pierson Dr Charlotte, NC 28205** | **Mortgage Brokerage** | **1/05-5/05** |
| **Laurus Builders, LLC** | 20-5754830 | **724 Pierson Dr Charlotte, NC 28205** | **Contractor** | **1/06-present** |
| **Kennedy Marketing Systems** | 26-1550613 | **724 Pierson Dr Charlotte, NC 28205** | **Marketing** | **12/07-present** |
| **Hawthorne Investment Group LLC** | 56-2516584 | **613 Hawthorne lane Charlotte, NC 28204** | **Investment** | **??? - 2005** |
| **Coastal Security Services, Inc.** | **unknown** | **unknown** | **property management - accountant was to have set up as corporation but does not exist on NC Secretary of State website and there are no tax returns prepared by the accountant** | **2003 - 2004** |
| **Tranquil Surf, Inc.** | **unknown** | **unknown** | **Surf shop - never operated** | **2003-2004** |

8

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                                ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐      supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Tax Depot, LLC**<br>**PO Box 1078**<br>**Dunkirk, MD 20754-1078** | **2004 - 2006 for all Laurus companies**<br>**and T Salvatore** |
| **Nathan Kenendy**<br>**2500 Cranbrook, Apt 8**<br>**Charlotte, NC 28207** | **2007 - 2008 Mr. Kennedy has records for**<br>**Kennedy Marketing Systems, Laurus**<br>**Funding and Laurus Builders** |

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐      of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Tax Depot, LLC** | **PO Box 1078**<br>**Dunkirk, MD 20754-1078** | **August 2007** |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■      of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐      issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **HUD-FHA**<br>**US Dept of Housing and Urban Development**<br>**Washington, DC 20410** | **6/07** |
| **NC Building Commission**<br>**3739 National Drive, Ste. 225**<br>**Raleigh, NC 27612** | **9/07** |

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■      and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ☐ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| John McDonald | Coastal Venture Group Unknown | 2006 |
| Peter Mullen | Hawthorne Investment Group Unknown | 2005 |
| T. Salvatore | T. Salvatore & Co. 7387 Tallwood Denver, NC 28037 | 2006 - Debtor withdrew |
| Matthew Broughton | Coastal Security Services, Inc and Tranquil Surf, Unknown | 2004 |

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **September 25, 2008**                    Signature    **/s/ Nathan Taylor Kennedy**
                                                                     **Nathan Taylor Kennedy**
                                                                     Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re    **Nathan Taylor Kennedy** _____    Case No. _____

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS
### Attachment A

**The following were partnerships that Nathan Kennedy ultimately owned 100%.  Most were set-up to be owned by Nathan Kennedy, individually, and one of the Laurus entities that Kennedy owned 100%.**

- **Laurus Builders, LLC**

- **Laurus Realty Group, LLC**

- **Laurus Insurance, LLC**

- **The Laurus Companies, LLC**

- **Laurus Consulting, LLC**


**Kennedy owns or owned 100% of all the entities on SOFA 18 _except_ for the following which he was a partner:**

- **T. Salvatore & Co.**

- **Coastal Venture Group**

- **Hawthorne Investment Group**

- **Coastal Security Services, Inc.**

- **Tranquil Surf, Inc.**

Form 8
(10/05)

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Nathan Taylor Kennedy**                             Case No.                     

                                            Debtor(s)           Chapter     **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

■    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|:---:|---|---|---|
| **Home and Land Located at: 400 McDonald Ave Charlotte, NC 28203 WILL SURRENDER** | **Adsol Construction, Inc.** | X | | | |
| **Residence and Land Located at: 2500 Cranbrook Lane, #8 Charlotte, NC 28207 WILL SURRENDER** | **American Servicing Company** | X | | | |
| **Home and Land Located at: 221 Circle Ave Charlotte, NC 28207 WILL SURRENDER-Home is only partially completed** | **BB&T** | X | | | |
| **Residence and Land Located at: 2500 Cranbrook Lane, #8 Charlotte, NC 28207 WILL SURRENDER** | **Citibank** | X | | | |
| **Home and Land Located at: 400 McDonald Ave Charlotte, NC 28203 WILL SURRENDER** | **City County Tax Collector** | X | | | |
| **Residence and Land Located at: 2500 Cranbrook Lane, #8 Charlotte, NC 28207 WILL SURRENDER** | **City County Tax Collector** | X | | | |
| **Home and Land Located at: 221 Circle Ave Charlotte, NC 28207 WILL SURRENDER-Home is only partially completed** | **City County Tax Collector** | X | | | |
| **Home and Land Located at: 11 N. Park Row, Unit D Cape Charles, VA Foreclosed** | **Countrywide Home Loans** | X | | | |

Form 8 Cont.
(10/05)

In re  **Nathan Taylor Kennedy**                                                    Case No.  _____

_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|:---:|---|---|---|
| **Home and Land Located at: 11 N. Park Row, Unit D Cape Charles, VA Foreclosed property - deficiency amount unknown** | **Countrywide Home Loans** | X | | | |
| **Home and Land Located at: 400 McDonald Ave Charlotte, NC 28203 WILL SURRENDER** | **National City** | X | | | |
| **Home and Land Located at: 22365 Plum Tree Rd Cape Charles, VA Foreclosed home - deficiency amount unknown** | **National City Mortgage** | X | | | |
| **Home and Land Located at: 11 N. Park Row, Unit D Cape Charles, VA Foreclosed** | **Park Place Condo Assoc.** | X | | | |
| **Home and Land Located at: 221 Circle Ave Charlotte, NC 28207 WILL SURRENDER-Home is only partially completed** | **The Building Center** | X | | | |
| **Residence and Land Located at: 2500 Cranbrook Lane, #8 Charlotte, NC 28207 WILL SURRENDER** | **The Villages of Eastover/Meca** | X | | | |
| **Home and Land Located at: 28 Tropicana Pkwy, Unit E Cape Coral, FL WILL SURRENDER** | **Wells Fargo** | X | | | |
| **2003 BMW 745 Li VIN# WBAGN63403DR09089 92,000 miles WILL SURRENDER** | **Wells Fargo** | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **Coaching contract @ $997 per month, contract expires 12/2009, currently 7 months behind** | **Craig Proctor Productions** | |
| **Fax Machine lease @ $67.70 per month, lease expires 1/2010, currently 2 months behind** | **IKON Financial Services** | |

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form 8 Cont.
(10/05)

In re  **Nathan Taylor Kennedy**                                Case No. _____
                    Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **Fitness Trainer @ $400 per month, contract expires 9/2008, currently 4 months behind** | **Professional Fitness** | |
| **Computers lease @ $614.05 per month, lease expires 8/2009, currently 2 months behind** | **Time Payment Group** | |

Date  **September 25, 2008**            Signature  **/s/ Nathan Taylor Kennedy**
                                                          **Nathan Taylor Kennedy**
                                                          Debtor

# United States Bankruptcy Court
### Western District of North Carolina

In re   **Nathan Taylor Kennedy** _____   Case No. _____

Debtor(s)   Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.............................................   $ _____**1,995.00**

   Prior to the filing of this statement I have received..............................   $ _____**1,995.00**

   Balance Due..............................................................................................   $ _____**0.00**

2. The source of the compensation paid to me was:

   ■   Debtor   ☐   Other (specify):

3. The source of compensation to be paid to me is:

   ■   Debtor   ☐   Other (specify):

4. ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Certain post petition filing fees are not included, see the attorney client contract for details.**

| CERTIFICATION |
| --- |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 25, 2008** _____   **/s/ Terry M. Duncan NC #** _____
**Terry M. Duncan NC # 22704**
**Terry M. Duncan**
**1100 Independence Tower**
**4801 E. Independence Blvd.**
**Charlotte, NC 28212**
**704-563-1224**

B 201 (04/09/06)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | September 25, 2008 |
|---|---|---|
| **Terry M. Duncan NC # 22704** | X **/s/ Terry M. Duncan NC #** | |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**1100 Independence Tower
4801 E. Independence Blvd.
Charlotte, NC 28212
704-563-1224**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | September 25, 2008 |
|---|---|---|
| **Nathan Taylor Kennedy** | X **/s/ Nathan Taylor Kennedy** | |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Nathan Taylor Kennedy**                                              Case No.

                                                     Debtor(s)        Chapter        **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **September 25, 2008**                      **/s/ Nathan Taylor Kennedy**
                                                     **Nathan Taylor Kennedy**
                                                     Signature of Debtor

Adsol Construction
c/o Erwin & Eleazer
831 E. Morehead Street
Ste 840
Charlotte, NC 28202


Adsol Construction, Inc.
c/o Erwin and Eleazer, PA
831 E. Morehead Street
Ste 840
Charlotte, NC 28202


All Pro Plumbing
Attn: Bankruptcy
13000 F South Tryon St, Box 156
Charlotte, NC 28278


American Express
Attn: Bankruptcy
Po Box 650448
Dallas, TX 75265


American Express
PO Box 981532
El Paso, TX 79998


American Garage Door
Attn: Bankruptcy
11028 Bailey Road, Suite A
Cornelius, NC 28031


American Servicing Company
Attn: Bankruptcy
PO Box 10388
Des Moines, IA 50306-0388


AMO Recoveries
PO Box 926200
Norcross, GA 30010-6200


ANEC
Attn: Bankruptcy
PO Box 290
Tasley, VA 23441

ART
Attn: Bankruptcy
1150 Calle Cordillera
Ste B
San Clemente, CA 92673


Bank of America
Attn: Bankruptcy
Po Box 15710
Wilmington, DE 19886


Bank of America
PO Box 15726
Wilmington, DE 19886-5726


Bank of America
PO Box 15710
Wilmington, DE 19886-5710


Bank of America
PO Box 25118
Tampa, FL 33622-5118


BB&T
Attn: Bankruptcy
PO Box 580302
Charlotte, NC 28258


Brinks Home Security
Attn: Bankruptcy
PO Box 70834
Charlotte, NC 28272


Brock & Scott
5919 Oleander Dr. #200
Arboretum Center Bldg. #2
Wilmington, NC 28403


Capstone Financial Mgmt
Attn: Bankruptcy
PO Box 674257
Marietta, GA 30006

Carolina Computer Partners
Attn: Bankruptcy
8929 JM Keynes Dr
Ste 10
Charlotte, NC 28262


Christopher DeBlauw
Attn: Bankruptcy
1055 Dorsey Rd
Glen Burnie, MD 21061


Citi Business
Att; Bankruptcy
PO Box 183062
Columbus, OH 43218


Citibank
Att; Bankruptcy
Po Box 6000
The Lakes, NV 89663


City County Tax Collector
Attn: Bankruptcy
PO Box 31637
Charlotte, NC 28231


City of Charlotte
Attn: Bankruptcy
PO Box 33831
Charlotte, NC 28233


Clean X Corp.
PO Box 1110
Cornelius, NC 28031


Clerk of Court
Civil Judgments
PO Box 37971
Charlotte, NC 28237


Clerk of Court Broward County
Civil Judgments
201 SE 6th Street
Fort Lauderdale, FL 33301

CMCS
822 E. Grand River Ave.
Brighton, MI 48116-1802


Community Mtg. Network of FL
Attn: Bankruptcy
400 SE 6th Street
Fort Lauderdale, FL 33301


Compudoctor
Attn: Bankruptcy
3809 Independence Blvd
Charlotte, NC 28205


Countrywide Home Loans
Attn: Bankruptcy
PO Box 660625
Dallas, TX 75266


Craig Proctor Productions
Attn: Bankruptcy
11 Stellar Drive
Newmarket, Ontario, Canada L3Y-7B8


DHL Express
Attn: Bankruptcy
14097 Collection Center Dr
Chicago, IL 60693


Duke Energy
Attn: Bankruptcy
PO Box 70515
Charlotte, NC 28272


FannieMae
Attn:  Lockbox 403207
6000
Feldwood Road
Atlanta, GA 30349


FedEx
Attn: Bankruptcy
PO Box 371461
Pittsburgh, PA 15250

First American Flood Data
Attn: Bankruptcy
11902 Burnet Rd
Ste 400
Austin, TX 78758


Fitzpatrick Engineering
Attn: Bankruptcy
19520 W. Catwaba Ave
Suite 311
Cornelius, NC 28031


Florida Default Law Group
Attn: Bankruptcy
9119 Corporate Lake Dr
3rd Floor
Tampa, FL 33654


Geico
One Geico Plaza
Bethesda, MD 20810-0001


Genworth Financial
Attn: Bankruptcy
PO box 277231
Atlanta, GA 30384


Hanover Ins. Group
Attn: Bankruptcy
PO Box 4031
Woburn, MA 01888


Hawaiian Telecom
Attn: Bankruptcy
PO Box 30770
Honolulu, HI 96820


Household Bank
Attn: Bankruptcy
PO Box 5222
Carol Stream, IL 60197


Hutchens, Senter & Britton, PA
Attn: Bankruptcy
4317 Ramsey Street
Fayetteville, NC 28311

Hutchens, Senter & Britton, PA
Attn: Bankruptcy
PO Box 2505
Fayetteville, NC 28302


IKON Financial Services
Attn: Bankruptcy
PO Box 740540
Atlanta, GA 30374


Kathy Rose
Attn: Bankruptcy
19007 Callaway Hills
Davidson, NC 28036


Landsafe
Attn: Bankruptcy
PO Box 650530
Dallas, TX 75265


Law Offices of Ross Gelfand, LLC
PO Box 1870
Roswell, GA 30077


Maya Appraisal Srvc.
Attn: Bankruptcy
PO Box 1292
Holly Springs, NC 27540


Mecklenburg County Land Us & Enviro. Svc
Attn: Bankruptcy
PO Box 31637
Charlotte, NC 28231


Mecklenburg County Tax Collector
Attn: Bankruptcy
PO Box 31637
Charlotte, NC 28231


Meyer Residential Appraisals, Inc.
EC Meyer
PO Box 1292
Holly Springs, NC 27540

Montgomery Ins.
Attn: Bankruptcy
PO Box 2056
Keene, NH 03431


National City
Attn: Bankruptcy
PO Box 1821
Dayton, OH 45482


National City Mortgage
Attn: Bankruptcy
PO Box 533540
Atlanta, GA 30353


National City Mortgage
3232 Newark Drive
Miamisburg, OH 45342


Nationwide Credit
Attn: Bankruptcy
3600 E. University Dr
Ste B 1350
Phoenix, AZ 85034


NCO Financial System/Pauahi Tower
Attn: Bankruptcy
1003 Bishop Street
Ste 480
Honolulu, HI 96813


NCO Financial Systems, Inc.
PO Box 965
Brookfield, WI 53008-0965


North Shore Market Place
Attn: Bankruptcy
PO Box 3467
Honolulu, HI 96801


Osborne Brothers
Attn: Bankruptcy
PO Box 2103
Huntersville, NC 28070

Paetec
Attn: Bankruptcy
600 Willow Brook Office
Fairport, NY 14450


Park Place Condo Assoc.
Attn: Sid Markwith
11739 Ridgeway Park Dr.
Charlotte, NC 28277


PAT Live
Attn: Bankruptcy
2639 N. Monroe Street
Cedars Blvdg B, Suite 200
Tallahassee, FL 32303


Peerless Ins. Company
Attn: Bankruptcy
62 Maple Ave
Keene, NH 03431


Piedmont Natural Gas
Attn: Bankruptcy
PO Box 533500
Atlanta, GA 30353


Pro Consulting Services, Inc.
Collections Division
PO Box 66768
Houston, TX 77266-6768


Professional Fitness
Attn: Bankruptcy
7413 Six Forks Rd
Suite 363
Raleigh, NC 27615


Professional Recovery
Att; Bankruptcy
PO Box 51187
Durham, NC 27717-1187


Progressive Lighting/Lee Lighting
PO Box 999
Braselton, GA 30517-0017

Rallings & Assoc./The Building Place
Attn: Bankruptcy
3121 Spring Bank Lane
STE C
Charlotte, NC 28226


Rice Appraisal Group
Attn: Bankruptcy
1848 Briarcrest Dr
Charlotte, NC 28269


RMS
4836 Brecksville Rd.
PO Box 509
Richfield, OH 44286


Roofing Supply of Charlotte
1600 Westinghouse Blvd.
Charlotte, NC 28273


Samuel I. White, PC
Attorneys and Counselors at Law
5040 Corporate Woods Drive, Suite 120
Virginia Beach, VA 23462


Shapiro and Burser
Attn: Bankruptcy
236 Clearfield Ave, Ste 215
Virginia Beach, VA 23462


Shapiro and Burser
Attn: Bankruptcy
236 Clearfield Ave
Suite 215
Virginia Beach, VA 23462


State of Hawaii
State Tax Collector
PO Box 259
Honolulu, HI 96809


Steve Rizzolo Lawn & Home Srvc
Attn: Bankruptcy
513 NW 27th Terr.
Cape Coral, FL 33993

Stock Building Supply
Attn: Bankruptcy
8800 Monroe Rd
Charlotte, NC 28212


Stock Building Supply
8020 Arco Corporate Drive
Raleigh, NC 27617


Suntrust Bank
Attn: Bankruptcy
Po Box 26202
Richmond, VA 23260


Tax DePot, LLC
Attn: Bankruptcy
2960-B Penwick Lane
Dunkirk, MD 20754


Tek Collect, Inc.
Attn: Bankruptcy
PO Box 26390
Columbus, OH 43226


The Building Center
c/o Thomas Rallings, Jr & James Fretwell
Ralling & Associates, PLLC
3121 Springbank Lane, Suite C
Charlotte, NC 28226


The Remodeling Guy, Inc.
6304 Robinson Church Road
Charlotte, NC 28215


The Rhinoceros Times
Attn: Bankruptcy
PO Box 1243
Charlotte, NC 28201


The Villages of Eastover/Meca
Attn: Bankruptcy
1815 S. Tryon Street, STE D
Charlotte, NC 28203

Thor and Heather Colbert
12821 Thistlebrook Lane
Huntersville, NC 28078


Time Payment Corp
Attn: Bankruptcy
PO Box 3069
Woburn, MA 01888


Time Payment Group
Attn: Bankruptcy
PO Box 3069
Woburn, MA 01888


titanium Solutions
5225 W Wiley Post Way, Suite 150
Salt Lake City, UT 84116


Town of Cape Charles
Attn: Utility Building
2 Plum Street
Cape Charles, VA 23310


Transworld Systems
Attn: Bankruptcy
8801 JM Keynes Dr
Ste 300
Charlotte, NC 28262


Turn Key Drywall
Attn: Bankruptcy
4609 Old Mill Rd.
Gastonia, NC 28056


United Recovery Systems, LP
PO Box 722910
Houston, TX 77272-2910


Vann & Sheridan, LLP
PO Box 2445
Raleigh, NC 27602


Wells Fargo
Attn: Bankruptcy
PO Box 11701
Newark, NJ 07101

```
Wells Fargo
Attn: Bankruptcy
PO Box 60510
Los Angeles, CA 90060
```

B22A (Official Form 22A) (Chapter 7) (01/08)

In re  **Nathan Taylor Kennedy**
_____
Debtor(s)

Case Number: _____
(If known)

According to the calculations required by this statement:

☐ **The presumption arises.**

☒ **The presumption does not arise.**

(Check the box as directed in Parts I, III, and VI of this statement.)

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

## Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS

| | |
|---|---|
| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☒ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | |
|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | | Column A<br><br>Debtor's Income | Column B<br><br>Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — Debtor $ / Spouse $<br>b. Ordinary and necessary business expenses — Debtor $ / Spouse $<br>c. Business income — Subtract Line b from Line a | $ | $ |
| 5 | **Rents and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — Debtor $ / Spouse $<br>b. Ordinary and necessary operating expenses — Debtor $ / Spouse $<br>c. Rent and other real property income — Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |

| 7 | **Pension and retirement income.** | $ | $ |
|---|---|---|---|
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $            Spouse $ | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount.  If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>      Debtor    Spouse<br>a.       $    $<br>b.       $    $<br><br>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A.<br>$ | | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>    a. Enter debtor's state of residence:         b. Enter debtor's household size:         $ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☐   **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐   **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a.       $<br>b.       $<br>c.       $<br>d.       $<br><br>Total and enter on Line 17 | $ |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

**Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)**

**B22A (Official Form 22A) (Chapter 7) (01/08)** 3

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B.<br><br>| Household members under 65 years of age | | Household members 65 years of age or older | |<br>| a1. Allowance per member | | a2. Allowance per member | |<br>| b1. Number of members | | b2. Number of members | |<br>| c1. Subtotal | | c2. Subtotal | | | $ |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.**<br><br>| a. IRS Housing and Utilities Standards; mortgage/rental expense | $ |<br>| b. Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |<br>| c. Net mortgage/rental expense | Subtract Line b from Line a. | | $ |
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>_____ | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

**B22A (Official Form 22A) (Chapter 7) (01/08)**    4

| | |
|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐  1  ☐  2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<br><br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a.</td></tr></table> | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<br><br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a.</td></tr></table> | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| | **Subpart B: Additional Living Expense Deductions** | |
|---|---|---|
| | **Note: Do not include any expenses that you have listed in Lines 19-32** | |
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>| a. | Health Insurance | $ |<br>| b. | Disability Insurance | $ |<br>| c. | Health Savings Account | $ |<br><br>Total and enter on Line 34.<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

| | Subpart C: Deductions for Debt Payment |
|---|---|

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60.  If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |
|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no | |
| | | | Total: Add Lines | | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |
|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | | | $ | |
| | | | Total: Add Lines | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | Subpart D: Total Deductions from Income |
|---|---|

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

| | Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION |
|---|---|

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐   **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐   **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐   **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |
|---|---|

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐    **The amount on Line 51 is less than the amount on Line 54.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐    **The amount on Line 51 is equal to or greater than the amount on Line 54.**  Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. |

### Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total:  Add Lines a, b, c, and d | $ |

### Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)*<br><br>Date:  __September 25, 2008__          Signature:  __/s/ Nathan Taylor Kennedy__<br>                                                                             __Nathan Taylor Kennedy__<br>                                                                                      (Debtor) |